

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2013

No. 04-13-00404-CV

**IN RE** The **ESTATE OF** Alberto **TREVIÑO**, Jr.

Original Mandamus Proceedings[1]

**ORDER**

Sitting:       Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the supplemental motion for en banc reconsideration filed on behalf of the real party in interest on November 12, 2013 and the motion is DENIED.

It is so **ORDERED** on November 19th, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. P-01796, styled *In re the Estate of Alberto Treviño, Jr.*, pending in the County Court, Zapata County, Texas, the Honorable Joe Rathmell presiding.